*Rufus Gibson v. City of New York et al.*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-14-1452

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mayor Michael Bloomberg**
was received by me on *(date)* **Marcell Gibson 3-14-14**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Madelyn Santana**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Office of Corporation Counsel** on *(date)* **3-14-14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **4/1/2014**

Server's signature

**Marcell Gibson**
Printed name and title

State of New York
County of Kings
Sworn to Before Me
this 1st day of April 2014

**1038 Clarkson Ave 2L Bklyn NY, 11212**
Server's address

Additional information regarding attempted service, etc:

Notary Public

TRACYA N. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6076974
Qualified in Nassau County
My Commission Expires **July 1, 2014**